UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Klosterman, | : | Case Number: 1:20cv878 |
| Plaintiff, | : | |
| v. | : | Judge Susan J. Dlott |
| Richard Boydston, et al., | : | |
| Defendant. | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate judge reviewed the pleadings and filed with this Court on February 16, 2021 a Report and Recommendation (Doc. 9). No objections have been filed and the time for filing objections expired March 2, 2021.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Defendant's Motion to Dismiss (Doc. 5) is GRANTED on the basis that the Court lacks subject matter jurisdiction over this case.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge